

# Property Appraisal Link
## ETOWAH COUNTY, AL

Current Date 7/19/2019

### OWNER INFORMATION

| | | | |
|---|---|---|---|
| **PARCEL** | 09-08-34-0-001-236.000 | **PPIN** 011304 | **TAX DIST** 11 |
| **NAME** | HAMLIN, CORTNIE A & HUSB JEREMIAH MCMULL | | |
| **ADDRESS** | 912 BEAL STREET | | |
| | ATTALLA AL 35954 | | |
| **DEED TYPE** 31 | **BOOK** D-10 | **PAGE** 3340447 | |
| **PREVIOUS OWNER** | BURR, NADINE & HUSB MELVIN R JR | | |
| **LAST DEED DATE** | 10/26/2010 | | |

### DESCRIPTION

H/S BASE YEAR -
E 150 LT 1 BLK 2 RHEA ADD PLAT A-228
34-11-5
1243-55,D-2004-4750,D-2005-5613,2007-3245355,D-2007-3270659
D-2010-3340447

### PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| **PROPERTY ADDRESS** | | 912 BEAL STREET | |
| **NEIGHBORHOOD** | | ATTA | |
| **PROPERTY CLASS** | | | **SUB CLASS** |
| **SUBDIVISION** | RA0 | **SUB DESC** | RHEA ADD |
| **LOT** PT 1 **BLOCK** 2 | | | |
| **SECTION/TOWNSHIP/RANGE** | | 34-11S-05E | |
| **LOT DIMENSION** | | | **ZONING** |

### PROPERTY VALUES

| | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 800 | **CLASS 1:** | | **TOTAL ACRES:** | |
| **BUILDING:** | 68600 | **CLASS 2:** | | **TIMBER ACRES:** | |
| | ———— | **CLASS 3:** | 69400 | | |
| **TOTAL PARCEL VALUE:** | 69400 | | | | |

### DETAIL INFORMATION

| CODE | TYPE | REF | METHOD | DESCRIPTION | LAND USE | TC | HsPn | MARKET VALUE | USE VALUE |
|---|---|---|---|---|---|---|---|---|---|
| M | LAND | 1 | FF FRONT FOOT | 50 X 150 | 1110-RESIDENTIAL | 3 | Y N | 800 | |
| | BLDG | 1 | R 111 | SINGLE FAMILY RESIDENCE | - | 3 | Y N | 68600 | |


View Tax


View Map

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help